**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:    FLERIDA RIVERA                              Case No. 17-11415-RAM
                                                      Chapter 13

_____Debtor_____/

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on February 3, 2017, a true and correct copy of

Debtor's Chapter 13 Plan (DE 7) was transmitted electronically to:

Nancy K. Neidich
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**On February 7, 2017, by US First class mail to**:

City Furniture
6701 N. Hiatus Road
Fort Lauderdale, FL 33321

Diversified Constants
PO Box 551268
Jacksonville, FL 32255

Ed Financial Services/CTSFC
120 N. Seven Oks Drive
Knoxville, TN 37922

Genesis/FEB Retail
P.O. Box 4499
Beaverton, OR 97076

Nationstar Mortgage LLC
P.O. Box 619094
Dallas, TX 75261-9741

Case No. 17-11415-RAM
**Page -2-**
_____/

Value-Add Mortgage Fund LLC
c/o Law Office of Damian G. Waldman, P.A.
P.O. Box 5162
Largo, FL 33779

        I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

        Respectfully submitted,
        LEGAL SERVICES OF GREATER
        MIAMI, INC.

        By _____/s/_____
          Carolina A. Lombardi
          Florida Bar No. 241970
          Attorney for Debtor
          4343 West Flagler Street, Suite 100
          Miami, FL 33134
          Telephone: (305) 438-2427
          Facsimile: (305) 774-5749
          Primary Email: CLombardi@legalservicesmiami.org
          Alt Email: PBerrios@legalservicesmiami.org