# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No: 17 - 11415 RAM
                                                                Chapter 13

    Flerida Rivera
    _____Debtor_____/


### EX PARTE MOTION TO VACATE ORDER GRANTING MOTION
### TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON
### REAL PROPERTY HELD BY VALUE-ADD MORTGAGE FUND LLC (DE 35)

    Debtor Flerida Rivera moves the Court, ex parte, to vacate the Order Granting Motion To Value and Determine Secured Status of Lien on Real Property Held by Value-add Mortgage Fund LLC (DE 35). The Order has an error in that the Order states that the Lender did not file a Proof of Claim; the lender Value-Add Mortgage Fund LLC did file a Proof of Claim. Debtor will upload an edited Order upon receipt of the Order Vacating DE 35.


Dated April 26, 2017.                          LEGAL SERVICES OF GREATER
                                               MIAMI, INC.


                                               By _____
                                               Carolina A. Lombardi
                                               Florida Bar No. 241970
                                               Attorney for Flerida Rivera
                                               4343 West Flagler Street Suite 100
                                               Miami, FL 33134
                                               Telephone and Facsimile: (305) 438-2427
                                               Email: CLombardi@legalservicesmiami.org
                                               Alt: MCabrera@legalservicesmiami.org