**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:    FLERIDA RIVERA,                         Case No. 17-11415-RAM
                                                  Chapter 13

_____Debtor_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 28, 2017, a true and correct copy of Order on ExParte Motion to Vacate Order Granting Motion to Value and Determine Secured Status of Lien on Real Property Held By Value-Add Mortgage Fund LLC (DE 42) and on May 2nd, 2017 an Order Granting Motion to Value & Determine Secured Status of Lien on Real Property Held By Value-Add Mortgage Fund LLC (DE43) were transmitted electronically to:

Nancy K. Neidich
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**On May 4, 2017, by US First class mail to:**

Value-Add Mortgage Fund LLC
c/o Law Office of Damian G. Waldman, P.A.
P.O. Box 5162
Largo, FL 33779

                                                    I hereby certify that I am admitted to the Bar of the
                                                    United States District Court for the Southern District
                                                    of Florida and I am in compliance with the
                                                    qualifications to practice in this court set
                                                    forth in Local Rule 2090-1(A).

Respectfully submitted,
LEGAL SERVICES OF GREATER MIAMI, INC.

By _____/s/_____
Carolina A. Lombardi
Florida Bar No. 241970
Attorney for Debtor
4343 West Flagler Street, Suite 100
Miami, FL 33134
Telephone: (305) 438-2427
Facsimile: (305) 774-5749
PrimaryEmail:CLombardi@legalservicesmiami.org
Alt Email:mcabrera@legalservicesmiami.org