Bankruptcy Petition #: 17-11415-RAM

Debtor:
Flerida Rivera
20212 NW 42 Court
Opa Locka, FL 33055
MIAMI-DADE-FL
SSN / ITIN: xxx-xx-9705

Creditor:
Value Add Mortgage Fund, LLC (Claim #1)



# Notice of Change of Payment Address

Value Add Mortgage Fund, LLC has changed office locations. Our payment address and notice address are now the same.

Our address was:

Main Street Asset Solutions
P.O. Box 1768
Carson City, NV 89702

**Our new address is:**

Main Street Asset Solutions
P.O. Box 12220
Reno, NV 89510

Thank you,

Aaron Rizer

Asset Manager