# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

**CASE NO.:  17-11415-BKC-RAM**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

FLERIDA RIVERA

DEBTOR_____/

## NOTICE OF WITHDRAWAL OF (ECF# 66/67) TRUSTEE'S MOTION TO DISMISS CASE

Notice is hereby given that the Trustee's Motion to Dismiss Case (ECF# 66/67) filed on behalf of Trustee Nancy K. Neidich, is hereby withdrawn.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Withdrawal of Trustee's Motion to Dismiss Case was mailed to those parties listed below on this 24th day of March, 2020.

_/s/ Nancy K. Neidich_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**COPIES FURNISHED TO:**

**DEBTOR (VIA MAIL)**
FLERIDA RIVERA
20212 NW 42 COURT
OPA LOCKA, FL  33055

**ATTORNEY FOR DEBTOR (VIA ECF)**
CAROLINA A. LOMBARDI, ESQUIRE
LEGAL SERV. OF GREATER MIAMI
4343 W FLAGLER STREET
SUITE 100
MIAMI, FL  33134